United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHTON PORTER, et al., | Case No.  24-cv-03179-MMC |
| Plaintiffs, | **ORDER DENYING STIPULATION RE DISCOVERY DISPUTE** |
| v. | |
| CITY OF PITTSBURG, et al., | |
| Defendants. | |

Before the Court is a "Stipulation Re Discovery Dispute," filed June 16, 2026, whereby "the parties respectfully request that the Court refer the dispute to a Magistrate Judge."  By Order filed May 1, 2025, the case was "referred FOR ALL DISCOVERY PURPOSES to a Magistrate Judge" (see Doc. No. 37), after which the case was referred to Magistrate Judge Peter H. Kang for said purposes (see Doc. No. 38).

Accordingly, the Stipulation is hereby DENIED, and the parties are hereby DIRECTED to file all ongoing and future discovery disputes before Judge Kang and in accordance with his Standing Orders.  See Standing Order for Discovery in Civil Cases Before Magistrate Judge Peter H. Kang.

**IT IS SO ORDERED.**

Dated: June 16, 2026

MAXINE M. CHESNEY
United States District Judge